838 A.2d 662

Phillip S. SUNDERLAND and Phillip S. Sunderland, Administrator of the Estate of Helen Sunderland and Deborah S. Yarnell and John P. Sunderland and James P. Sunderland, Appellants

v.

R.A. BARLOW HOMEBUILDERS, a/k/a Barlow Homebuilders, Inc., a/k/a Barlow Construction, Inc. Robert A. Barlow, Sr. Individually and/or d/b/a R.A. Barlow Homebuilders, a/k/a Barlow Homebuilders, Inc., a/k/a Barlow Construction, Inc. and Robert A. Barlow, Jr., Tauder Ford, Inc., n/k/a John Kennedy Ford, Inc., John Kennedy Ford, Inc., Formerly Known as Tauder, Inc., Glocker & Co., Inc. and Jerry Delena and Mars Construction, Appellees.

Supreme Court of Pennsylvania.

Argued Oct. 20, 2003.

Decided Dec. 18, 2003.

Michael T. Droogan, Eugene Michael Hamill, Philadelphia, for Phillip S. Sunderland. et al., appellants.

Henry T. Crocker, Pottstown, for R.A. Barlow Homebuilders, et al., appellees.

Nancyjean P. Petro, Philadelphia, for Robert A. Barlow, Sr., et al., appellees.

William M. Connor, Philadelphia, for Tauder Ford, Inc., n/k/a John Kennedy Ford, Inc., appellee.

Jay David Branderbit, Philadelphia, Jeffrey William McDonnell, Glenside, for Glocker & Co., Inc. and Jerry Delena, Appellees.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of December, 2003, the order of the Superior Court is AFFIRMED based on the reasoning set forth in *Sunderland v. R.A. Barlow Homebuilders,* 791 A.2d 384 (Pa.Super.2002) (Hudock, J.).